# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **LARRY L. KILGORE III**, | )  |
| Plaintiff, | ) ) ) **Civil Action No.: 1:18-cv-04365** |
| v. | ) ) **Judge Jorge L. Alonso** |
| **FEDEX FREIGHT,** | ) ) **Magistrate Judge Jeffrey T. Gilbert** |
| Defendant. | ) ) ) |

## STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed in its entirety, with prejudice, with each party bearing their fees and costs. The parties agree that Plaintiff is not a prevailing party.

LARRY KILGORE III

By: /s/Heewon O'Connor
Plaintiff's Attorney

Heewon O'Connor
O'Connor | O'Connor, P.C.
110 E. Schiller St., Ste. 212
Elmhurst, IL 60126
Office: 630-903-6397

FEDEX FREIGHT

By: /s/ Donald H. Snook
One of Its Attorneys

Donald H. Snook
FedEx Freight
8285 Tournament Drive
Memphis, TN 38125
(901) 434-3183